# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TIMOTHY THIBODEAUX

NO. 2019 KW 0978

**SEP 17 2019**

---

In Re:    State Of Louisiana, applying for supervisory writs,
          17th Judicial District Court, Parish of Lafourche, No.
          475003.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT GRANTED.** The district court's ruling granting defendant's motion to correct error is reversed. The Louisiana Supreme Court in **State v. Thibodeaux**, 2016-0994 (La. 10/27/17), 227 So.3d 811, 812 (*per curiam*), held:  (1) defendant did not raise a standalone confrontation violation claim in his application for postconviction relief and La. R.S. 15:440.5 is not unconstitutional on its face; (2) defendant made no showing at the evidentiary hearing that the child victims were unavailable to testify at trial; (3) defendant failed to prove resultant prejudice because he made no showing that the children's testimony would have been different if called to testify at trial.  The rulings by the Louisiana Supreme Court addressing the issues raised in defendant's motion constitute the law of the case and were not subject to further inquiry by the district court. See **State v. Chandler**, 2017-0962 (La. App. 1st Cir. 12/21/17), 240 So.3d 950, 952-53.

                              **VGW**
                              **WJC**

    **Guidry, J.,** dissents and would deny the writ application on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

*Peggy J. Landry*

DEPUTY CLERK OF COURT
        FOR THE COURT